# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Maulikkumar Patel | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. 2:23-cv-00390 |
| | ) |
| Ur M. Jaddou, *Director, United States Citizenship and Immigration Services* | ) |
| *Defendant(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 4) filed January 17, 2024, Defendant's Motion to Dismiss Complaint (Document No. 3) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date: January 23, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   1/23/2024

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*